EXHIBIT A

2:17-cv-489  Rice et al v. First Energy Corp. et al
2:20-cv-1651  E.A. Fischione Instruments, Inc. v. Simple Origin Inc. et al
2:21-cv-1215  Burton v. Ziegler
2:22-cv-1051  Walters v. Allegheny County Department of Human Services
2:22-cv-1410  Smathers v. State Farm Fire And Casualty Company
2:22-cv-155  Alag v. Geico Casualty Company
2:22-cv-1562  Lamfrom et al v. First National Bank
2:22-cv-1631  Morgan et al v. Noss et al
2:22-cv-646  Jones Estates LLC v. Burgagni
2:23-cv-203  Yusko v. Aetna Life Insurance Company et al
2:23-cv-909  Pfeffer et al v. Walmart, Inc. et al
1:22-cv-279  Weekley v. Sgt. Provident et al
2:11-cv-1155  Reese v. Coleman et al
2:13-cv-854  Heggins v. The Attorney General of the State of Pennsylvania
2:20-cv-1452  Milisits v. Marsh et al
2:20-cv-1546  White v. Wetzel et al
2:21-cv-1519  Jones v. Harper et al
2:21-cv-223  Queer v. Smith et al
2:21-cv-537  Gould v. Adams
2:21-cv-83  Lowry v. Tice et al
2:22-cv-296  Laffey v. Wetzel et al
2:22-cv-423  Crosby v. Pennsylvania Board of Probation & Parole et al
2:22-cv-493  McCray v. Allegheny County et al
2:23-cv-211  Carter v. Estock et al
2:23-cv-85  Jones v. Attorney General of the State of Pennsylvania et al
3:20-cv-30  Williams v. Commonwealth of Pennsylvania, Department of Corrections et al
3:21-cv-183  Nero v. Tice et al
2:23-cv-107  ████████████████████████████████████████ (Sealed)
2:23-cv-1152  Cogley v. County of Butler, et al
2:23-cv-1281  Elite Casino Events, LLC v. Elite Casino Events, LLC
2:23-cv-1287  Galterio v. SCI Fayette, Department of Corrections et al
2:23-cv-1370  Woodall v. Monroeville Police et al
2:23-cv-1418  Derian v. Cesar Augustin Dental, Inc. III
2:23-cv-1427  Prepared Food Photos, Inc. v. Sebastian Enterprises, Inc.
2:23-cv-1509  Steinberger et al v. Choice Hotels International, Inc. et al
2:23-cv-1540  Lane v. Philips RS North America, LLC
2:23-cv-1542  Paige v. Kellermeyer Bergensons Services, LLC
2:23-cv-847  Stano v. J.M. Smucker LLC et al
2:14-cv-1455 Heinzl v. Cracker Barrel Old Country Store, Inc.
2:20-cv-1389  Howard et al v. Williams et al
2:23-cv-953  Cush et al v. Host International, Inc.

# EXHIBIT B

2:20-cv-64  Brown et al v. Transportation Security Adminstration et al
2:22-cv-1263  Glagola v. MacFann et al
2:22-cv-894  Zimbrich v. Empyrean Services, LLC
2:23-cv-1239  Fed Administrative Services et al v. Endurance American Insurance Company et al
2:23-cv-1364  Kromer-Catanzaro v. Boston Mutual Life Insurance Company
2:23-cv-1456  White v. Otis Elevator Company
2:23-cv-1459  Courthouse News Service v. Michael Mcgeever
2:23-cv-368  Knueven v. Lysten, LLC et al
2:23-cv-524  McGowan v. Core Cashless, LLC
2:23-cv-758  McCullough v. Esurance Property And Casualty Insurance Company
2:17-cv-1315  Murray American River Towing, Inc.
2:21-cv-1518  Genco v. Luffey et al
2:22-cv-1110  Zalatimo Sweets Company, LLC v. Ahmed Zalatimo Company and Partners et al
2:22-cv-1314  Hoffield v. Insurance Company
1:23-cv-291  Washington v. Irwin et al
1:23-cv-292  Washington v. Irwin et al
2:22-cv-1203  Washington v. Kennedy et al
2:22-cv-1204  Washington v. Patrone et al
2:22-cv-1205  Washington v. Silversmith et al
2:22-cv-1206  Washington v. Imhoff et al
2:22-cv-1852  Harmer v. Wetzel et al
2:23-cv-491  Harris v. Traficante et al
2:23-cv-71  Figueroa-Lopez v. Herbik, et al

EXHIBIT C

1:21-cv-316  Rush et al v. Wetzel et al
2:21-cv-1209  Everetts v. Pennsylvania State Police et al
2:21-cv-1227  Smith v. SCI Greene et al
2:21-cv-1513  Rasheed v. Capozza et al
2:21-cv-1836  St Clair v. Bowers et al
2:21-cv-332  Perez v. SCI Fayette Supt et al
2:22-cv-1005  Smith v. Ohrman et al
2:22-cv-38  Whitaker v. SCI-Fayette et al
2:23-cv-578  Davis v. Doe et al
3:22-cv-104  Houston v. Pennsylvania Board of Probation & Parole et al
3:23-cv-167  Gilmore v. Pennsylvania Board of Parole and Probation
2:22-cv-49  St Clair v. Fayette County Prison et al
2:22-cv-556  Newman v. Burrows et al
2:22-cv-904  Brown v. Walker et al
2:23-cv-1275  Frye v. Dennis et al
2:23-cv-473  Walker V Thomas Conway et al
2:23-cv-99  Campbell et al v. The County of Mercer et al
3:19-cv-174 Wojnarowski v. Kennedy et al
3:22-cv-229 Hermosillo-Avendano v. Underwood
3:22-cv-66  Dawson v. Superintendent of SCI-Albion et al
3:23-cv-1  Govan v. Pennsylvania Board of Probation and Parole et al
3:23-cv-21  Nunez v. Poborsky et al
3:23-cv-35  Bendyna v. Underwood
2:19-cv-1671  Conyers v. Capozza
2:22-cv-1705  Mosley v. Attorney General of Pennsylvania et al
2:22-cv-1713  Evans v. Shapiro et al
2:23-cv-1113  Burgess v. Irwin et al
2:23-cv-1302  Schittler v. Zaken et al
2:23-cv-1666 Rambert v. Zaken et al
2:23-cv-1844 Early v. Dept of Corrections et al
2:23-cv-342  Yarbrough v. Bakewell et al
2:22-cv-316  Cager v. Rivello et al
2:22-cv-3  Bingaman v. Oberlander et al
3:22-cv-11  Herring v. Altoona City Hall et al
3:22-cv-183  Lynn v. Doe et al
3:23-cv-126  Brown v. Blair County Prison et al
3:23-cv-196  Rodgers v. Harry
3:23-cv-39  Werner v. Poborsky et al
3:23-cv-41  Clark v. Zborovancik
3:23-cv-62  Kough v. Tramarki et al
2:22-cv-1261  Smith v. Streit et al
2:19-cv-190 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Sealed)